**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

VICTORIA HALL,

      Plaintiff,

v.              CIVIL ACTION NO. 2:26-cv-00250

JULIE POLEY, et al.,

      Defendants.

**MEMORANDUM OPINION AND ORDER**

On April 6, 2026, the Plaintiff, proceeding *pro se*, filed an Application to Proceed Without Prepayment of Fees and Costs (Document 1) and a Complaint (Document 2).   By *Administrative Order* (Document 3) entered on April 7, 2026, the matter was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On April 27, 2026, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 5) wherein it is recommended that this Court deny the Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (Document 1) and dismiss this action from the Court's docket without prejudice. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by May 14, 2026.[1]

---

[1] The docket reflects that the *Proposed Findings and Recommendation* mailed to the Plaintiff was returned as undeliverable on May 12, 2026.

1

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (Document 1) be **DENIED**, and this action be **DISMISSED WITHOUT PREJUDICE** and **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:      May 19, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2